# Order

**Michigan Supreme Court**
**Lansing, Michigan**

July 21, 2006

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

130529
130591
130594

DEBRA JACKSON, Successor Personal
Representative of the Estate of Shirley
Jackson, Deceased,
      Plaintiff-Appellee,

v

HENRY FORD HEALTH SYSTEM,
a/k/a HENRY FORD HOSPITAL,
MICHAEL S. EICHENHORN, M.D.,
and VENCOR HOSPITAL, a/k/a
KINDRED HOSPITALS EAST,
L.L.C., d/b/a KINDRED HOSPITAL
DETROIT,
      Defendants-Appellees,

and

MICHIGAN HOSPITALISTS, P.C.,
and MASOOD AHMAD, M.D.,
      Defendants-Appellants,

and

HARPEL S. JANDE, M.D.,
      Defendant.

SC: 130529
COA: 263766
Wayne CC: 04-421501-NH

_____/

DEBRA JACKSON, Successor
Personal Representative of the
Estate of Shirley Jackson, Deceased,
      Plaintiff-Appellee,

v

HENRY FORD HEALTH SYSTEM,

SC: 130591
COA: 263766
Wayne CC: 04-421501-NH

a/k/a HENRY FORD HOSPITAL,
MICHAEL S. EICHENHORN, M.D.,
MICHIGAN HOSPITALISTS, P.C.,
MASOOD AHMAD, M.D., and
HARPEL S. JANDE, M.D.,
            Defendants-Appellees,

and

VENCOR HOSPITAL, a/k/a KINDRED
HOSPITALS EAST, L.L.C., d/b/a
KINDRED HOSPITAL DETROIT,
            Defendant-Appellant..

_____/

DEBRA JACKSON, Successor
Personal Representative of the
Estate of Shirley Jackson, Deceased,
            Plaintiff-Appellee,

v

HENRY FORD HEALTH SYSTEM,
a/k/a HENRY FORD HOSPITAL,
and MICHAEL S. EICHENHORN, M.D.,
            Defendants-Appellants,

and

VENCOR HOSPITAL, a/k/a KINDRED
HOSPITALS EAST, L.L.C., d/b/a
KINDRED HOSPITAL DETROIT,
MICHIGAN HOSPITALISTS, P.C.,
and MASOOD AHMAD, M.D.,
            Defendants-Appellees,

and

HARPEL S. JANDE, M.D.,
            Defendant.

_____/

SC: 130594
COA: 263766
Wayne CC: 04-421501-NH

On order of the Court, the applications for leave to appeal the January 17, 2006 judgment of the Court of Appeals are considered and, it appearing to this Court that the case of *Washington v Sinai Hospital of Greater Detroit* (Docket No. 130641) is pending on appeal before this Court and that the decision in that case may resolve an issue raised

in the present applications for leave to appeal, we ORDER that the applications be held in ABEYANCE pending the decision in that case.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

July 21, 2006



Clerk